**CONCLUSION AND ORDER**

Because the Plaintiffs have satisfied the required elements of Rule 23(a) and Rule 23(b)93), the Court grants their Motion for Class Certification. The IMWL class is defined as: All persons employed as Customer Account Executives in Illinois by Defendant Comcast Corporation from June 3, 2006, to the conclusion of this action who worked in excess of forty (40) hours in any individual workweek, and who were not paid for all overtime worked at the rate of one and one-half times their regular rate of pay. The IWPCA class is defined as: All persons employed as Customer Account Executives in Illinois by Defendant Comcast Corporation from August 17, 2002, to the conclusion of this action who were not paid for all time worked in individual workweeks. The Court authorizes notice to issue to putative class members at the Plaintiffs' expense, and appoints counsel for the Named Plaintiffs as class counsel for both classes.

_____
Virginia M. Kendall
United States District Court Judge
Northern District of Illinois

Date: October 20, 2010