IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA KERNATS, TIFFANY GUY, MARION JOHNSON, and TENISHA MCCOY, individually, and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br> v. <br><br> COMCAST CORPORATION, <br><br>  Defendant. | Case Nos. 09 C 3368 and 09 C 4305 <br><br> Judge Virginia M. Kendall |

## MEMORANDUM OPINION AND ORDER

Plaintiffs Cynthia Kernats, Tiffany Guy, Marion Johnson, and Tenisha McCoy, individually and on behalf of all others similarly situated ("the Plaintiffs"), sued Defendant Comcast Corporation ("Comcast") alleging violations of the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. ("IMWL"), for non-payment of all overtime wages (Count I) and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq*. ("IWPCA"), for non-payment of all straight-time wages (Count II). The Named Plaintiffs also individually allege violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*., for non-payment of overtime wages (Count III). Pursuant to Federal Rule of Civil Procedure 23(b)(3), the Plaintiffs move to certify their state law claims (Counts I and II) as a class action. For the reasons stated below, the Court grants the Plaintiffs' Motion.